JS-6

THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Martin Vogel, | Case No. 2:13-cv-00440-MWF-RZ |
| Plaintiff, | |
| vs. | **Order re: Joint Stipulation for Dismissal** |
| PNS Stores, Inc. dba Big Lots #4052, | |
| Defendants. | |

Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Martin Vogel and defendant PNS Stores, Inc.,

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

Dated: February 28, 2014

_____
United States District Judge